# Court of Appeals
# of the State of Georgia

ATLANTA, March 15, 2018

*The Court of Appeals hereby passes the following order*

**A18I0135. THE CITY OF ATLANTA v. GWENDOLYN WINSTON et al. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2015CV264580



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, March 15, 2018.*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*